IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DUANE L. MOORE,**

**Petitioner,**

**v.**

                      **Civil Case No. 14-cv-363-DRH**
                      **Criminal Case No. 11-cr-30188-DRH**

**UNITED STATES OF AMERICA,**

**Respondent.**

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

      This matter is before the Court on petitioner Duane L. Moore's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Doc. 1). Moore pleaded guilty to distribution of cocaine base and received a sentence of 216 months' imprisonment on May 4, 2012 (Cr. Doc. 30). Moore filed a notice of appeal on May 8, 2012 (Cr. Doc. 37). On June 17, 2013, the Seventh Circuit stated, "[i]n light of counsel's memorandum indicating that Moore remains content with his plea of guilty after discussing the issue identified in our order of March 19, we accept the *Anders* filing, allow counsel to withdraw, and dismiss the appeal as frivolous" (Cr. Doc. 54-1).

      Moore now moves to vacate, set aside, or correct his conviction and sentence under 28 U.S.C. § 2255. Moore alleges ineffective assistance of counsel for his counsel's alleged failure to object to Moore's status as a "career offender."

Pursuant to Rule 4 of the RULES GOVERNING SECTION 2255 PROCEEDINGS, the Court **ORDERS** the government to file a response to Moore's motion on or before **April 21, 2014**. By ordering the government to respond, the Court is of course not commenting as to whether Moore's claims are properly before the Court. The government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

Signed this 21st day of March, 2014.

Digitally signed by David R. Herndon
Date: 2014.03.21 16:36:06 -05'00'

**Chief Judge**
**United States District Judge**