IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DUANE L. MOORE,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                                 No. 14-cv-363-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 26, 2016 (Doc. 9), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:  s/*Caitlin Fischer*
                                        Deputy Clerk

Dated: May 31, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.05.31 10:58:47 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT